ORIGINAL

FILED

01/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0713

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0713

FRANK MASCARENA,

Petitioner,

v.

MONTANA STATE HOSPITAL,

Respondent.

FILED

JAN 19 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Frank Mascarena has filed a motion for extension of time to file a petition for rehearing. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until February 16, 2023, to file his petition for rehearing.

No further extensions will be granted.

DATED this 19th day of January, 2023.

For the Court,

_____
Chief Justice